UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

RITA CHAPPELLE            CIVIL ACTION NO. 10-1753

                                                         SECTION "C" (2)

                                                         JUDGE

EASTWIND TRANSPORTATION, INC.      MAGISTRATE

## ORDER

CONSIDERING THE MOTION TO REMAND filed by defendant, Eastwind Transportation, Inc., it is hereby ordered that this matter be remanded back to the Civil Judicial District Court, Parish of Orleans, State of Louisiana pursuant to 28 U.S.C. § 1447(C).

New Orleans, Louisiana, this **2nd** day of **August**, 2010.

_____
UNITED STATES DISTRICT JUDGE